# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LEWIS WINTER,

        *Plaintiff*,

vs.

ROGER RENSHAW,

        *Defendant.*

Case No. 09-2411-EFM

## MEMORANDUM AND ORDER

On January 13, 2010, Magistrate Judge Humphreys ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution, pursuant to D. Kan. R. 41.1.[1] Plaintiff was to make this showing on or before January 25, 2010. Plaintiff has failed to make the required showing within the time period specified. As a result, Plaintiff's case is dismissed without prejudice.

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2010, in Wichita, Kansas.

                                      /s Eric F. Melgren
                                      ERIC F. MELGREN
                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. 3.